IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OVERLAND WEST INC.,<br><br>Defendant. | PO-21-05230-GF-JTJ<br><br>VIOLATION:<br>E1102897<br>Location Code: M13<br><br>ORDER |

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that the citation is **DISMISSED** pursuant to Fed. R. Crim. P. 48(a).  **IT IS ALSO ORDERED** that the initial appearance scheduled for December 9, 2021 is **VACATED**. **IT IS FURTHER ORDERED** that the Central Violations Bureau reimburse the defendant for the $100 paid electronically on November 23, 2021. Overland West Inc. shall contact the Central Violations Bureau to arrange for reimbursement.

DATED this 7th day of December, 2021.

_____
John Johnston
United States Magistrate Judge